**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1780**

---

VIVIAN A. ANDERSON,

Plaintiff - Appellant,

versus

ROBERT L. PRESSLEY; CYNTHIA HARRIS; ANTHONY Q.
MCKINNEY; GRETCHEN BROWN; OAKWOOD COLLEGE,
doing business as Global Cohesive Economics
(GCE), Partners N Leveraging (PNL) 202020
Vision (20V),

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, District
Judge. (CA-05-30-2)

---

Submitted: November 22, 2005          Decided: December 1, 2005

---

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Vivian A. Anderson, Appellant Pro Se. Heather Ann Mullen, KAUFMAN
& CANOLES, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vivian A. Anderson appeals the district court's order dismissing her civil action for lack of service and imposing a pre-filing injunction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Anderson v. Pressley, No. CA-05-30-2 (E.D. Va. June 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -